JS-6
ANDREW BAUM - State Bar No. 190397
abaum@glaserweil.com
MICHAEL L. SMITH - State Bar No. 298917
msmith@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants

Law Offices Of The Los Angeles County Public Defender, County Of Los Angeles, Ricardo Garcia, Nicole Davis Tinkham, Natalie Parisky, Kelly Emling, Michael Suzuki, Jenny Brown, Albert Menaster, Ruben Marquez, Todd Montrose, and Mark Ridley Thomas

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BENNETT,<br><br>    Plaintiff,<br><br>v.<br><br>RICARDO GARCIA, NICOLE DAVIS TINKHAM, NATALIE PARISKY, KELLY EMLING, MICHAEL SUZUKI, JENNY BROWN, ALBERT MENASTER, RUBEN MARQUEZ, TODD MONTROSE, MARK RIDLEY-THOMAS, LAW OFFICES OF THE LOS ANGELES COUNTY PUBLIC DEFENDER; COUNTY OF LOS ANGELES, AND DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CASE NO.: 2:20-cv-03959<br><br>Hon. Andre Birotte Jr<br><br>**[~~PROPOSED~~] JUDGMENT** |

1
[~~PROPOSED~~] JUDGMENT

2019965

On June 17, 2021, the Court Granted Defendants Nicole Davis Tinkham, Natalie Parisky, Kelly Emling, Michael Suzuki, Jenny Brown, Albert Menaster, Ruben Marque, Todd Montrose, Law Offices of the Los Angeles County Public Defender, and County of Los Angeles' February 22, 2021 Motion to Dismiss Plaintiff Joseph Bennett's Fourth Amended Complaint (Dkt. No. 37) without leave to amend. (Dkt. No. 52.)

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Defendants Ricardo Garcia, Mark Ridley-Thomas,[1] Nicole Davis Tinkham, Natalie Parisky, Kelly Emling, Michael Suzuki, Jenny Brown, Albert Menaster, Ruben Marque, Todd Montrose, Law Offices of the Los Angeles County Public Defender, and County of Los Angeles as to Plaintiff's entire Fourth Amended Complaint.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED THAT Plaintiff shall receive no relief from his Fourth Amended Complaint, and that Defendants, as the prevailing parties, shall be entitled to an award of costs that they may seek in accordance with the Local Rules.

IT IS SO ORDERED

DATED: June 29, 2021

_____
Honorable Andre Birotte Jr.
United States District Court Judge

---

[1] As noted in the Court's June 17, 2021 Ruling, Plaintiff did not assert a cause of action against Defendants Garcia and Ridley-Thomas in his Fourth Amended Complaint. (*See* Dkt. No. 52, p. 1, n.1.)